FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2019

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN LORENZO RICHARDSON,<br><br>    Defendant. | CR NO. CR19-00633-AB<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Distribution of Methamphetamine] |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about January 11, 2019, in Los Angeles County, within the Central District of California, defendant JONATHAN LORENZO RICHARDSON knowingly and intentionally distributed at least 50 grams, that is,

\\

\\

\\

\\

\\

\\

approximately 438 grams, of methamphetamine, a Schedule II controlled substance.

A TRUE BILL

/s/
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*Christina T. Shay*
*for Scott M. Garringer*

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes
  Section

MARINA A. TORRES
Assistant United States Attorney,
International Narcotics, Money
Laundering, & Racketeering Section